**TASKS PERFORMED BY TRUSTEE**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs.  The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1. The Trustee prepared annual reports to the United States Trustee's Office.

2. Trustee hired a broker and sold the real estate owned by the debtor.  No proceeds of sale were available for junior secured creditors or unsecured creditors.

3. As a result, there were no tax or creditors/claims issues relating to this case.

4. Trustee investigated Debtor's gambling transactions but determined that Debtor's gambling losses were bona fide.

Exhibit A