**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: NGUYEN, DINH D § Case No. 05-26040
  NGUYEN, MY LINH §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    DAVID P. LEIBOWITZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $585,500.00 | Assets Exempt: $18,200.00 |
| Total Distribution to Claimants: $509,329.87 | Claims Discharged Without Payment: $193,868.95 |
| Total Expenses of Administration: $23,821.55 | |

    3) Total gross receipts of $ 533,151.42 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $533,151.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $589,067.95 | $589,067.95 | $509,329.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,821.55 | 23,821.55 | 23,821.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 193,868.95 | 193,868.95 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $806,758.45 | $806,758.45 | $533,151.42 |

4) This case was originally filed under Chapter 7 on June 30, 2005.
. The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/01/2010    By: /s/DAVID P. LEIBOWITZ
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE | 1110-000 | 533,151.42 |
| **TOTAL GROSS RECEIPTS** | | **$533,151.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo Bank NA | 4110-000 | N/A | 401,113.49 | 401,113.49 | 424,476.51 |
| The Richard L. Kinzalow Trust | 4110-000 | N/A | 110,208.33 | 110,208.33 | 7,107.23 |
| MSI Bank | 4110-000 | N/A | 77,746.13 | 77,746.13 | 77,746.13 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$589,067.95** | **$589,067.95** | **$509,329.87** |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Coldwell Banker | 3510-000 | N/A | 15,975.00 | 15,975.00 | 15,975.00 |
| David A. Weininger | 2500-000 | N/A | 18.00 | 18.00 | 18.00 |
| Chicago Title & Trust Co. | 2820-000 | N/A | 3,222.16 | 3,222.16 | 3,222.16 |
| Seyed Mohamad Firozabadi | 2820-000 | N/A | 1,197.64 | 1,197.64 | 1,197.64 |
| David A. Weininger | 3210-000 | N/A | 750.00 | 750.00 | 750.00 |
| David A. Weininger | 2500-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| David A. Weininger | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| City of Chicago | 2820-000 | N/A | 266.25 | 266.25 | 266.25 |
| State of Illinois | 2820-000 | N/A | 532.50 | 532.50 | 532.50 |
| City of Chicago | 2500-000 | N/A | 72.00 | 72.00 | 72.00 |
| Professional Survey | 2500-000 | N/A | 385.00 | 385.00 | 385.00 |
| State of Illinois | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 23,821.55 | 23,821.55 | 23,821.55 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LORD & TAYLOR | 7100-000 | N/A | 103.51 | 103.51 | 0.00 |
| BANK OF AMERICA NA USA | 7100-000 | N/A | 4,127.97 | 4,127.97 | 0.00 |
| BANK OF AMERICA NA USA | 7100-000 | N/A | 3,740.72 | 3,740.72 | 0.00 |
| ADVANTA BANK CORP | 7100-000 | N/A | 9,493.78 | 9,493.78 | 0.00 |
| MARSHALL FIELDS | 7100-000 | N/A | 354.68 | 354.68 | 0.00 |
| ADVANTA BANK CORP | 7100-000 | N/A | 9,493.78 | 9,493.78 | 0.00 |
| MBNA America BANK NA | 7100-000 | N/A | 5,912.58 | 5,912.58 | 0.00 |
| eCAST Settlement Corporation | 7100-000 | N/A | 5,798.56 | 5,798.56 | 0.00 |
| eCAST Settlement Corporation | 7100-000 | N/A | 5,975.69 | 5,975.69 | 0.00 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 5,491.20 | 5,491.20 | 0.00 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 17,467.13 | 17,467.13 | 0.00 |
| eCAST Settlement Corporation | 7100-000 | N/A | 24,074.69 | 24,074.69 | 0.00 |
| eCAST Settlement Corporation | 7100-000 | N/A | 22,493.30 | 22,493.30 | 0.00 |
| eCAST Settlement Corporation | 7100-000 | N/A | 36,959.83 | 36,959.83 | 0.00 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 9,533.88 | 9,533.88 | 0.00 |
| eCAST Settlement Corporation | 7100-000 | N/A | 1,406.56 | 1,406.56 | 0.00 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | N/A | 31,441.09 | 31,441.09 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 193,868.95 | 193,868.95 | 0.00 |

**Form 1**

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-26040  
Case Name: NGUYEN, DINH D  
NGUYEN, MY LINH  
Period Ending: 02/01/10

Trustee: (330570) DAVID P. LEIBOWITZ  
Filed (f) or Converted (c): 06/30/05 (f)  
§341(a) Meeting Date: 08/09/05  
Claims Bar Date: 11/15/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE<br>6815 n. Kolmar, Lincolnwood 60712.  Three separate mortgages  (See Footnote) | 585,000.00 | 0.00 | DA | 533,151.42 | FA |
| 2 | BANK ACCOUNTS<br>Charter One Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,700.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | AUTOMOBILES AND OTHER VEHICLES<br>1991 Dodge | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Assets   Totals (Excluding unknown values) | **$587,200.00** | **$0.00** | | **$533,151.42** | **$0.00** |

RE PROP# 1    Will surcharge third mortgagee per agreement at 50% of normal trustee's fee.

**Major Activities Affecting Case Closing:**

09/05/2006- Spoke with Cohon, cannot reach debtor and has not been able to since sale of his house in February (NT)

TDR prepared 01/12/10 MIG

tdr sent to Tom for approval 01/12/10 mig

TFR filed 6/12/2008

case closed without final account as there was no distribution. kd

**Initial Projected Date Of Final Report (TFR):**     December 31, 2006          **Current Projected Date Of Final Report (TFR):**      June 12, 2008  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-26040 | Trustee: | DAVID P. LEIBOWITZ (330570) |
| --- | --- | --- | --- |
| Case Name: | NGUYEN, DINH D | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | NGUYEN, MY LINH | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | 13-7505296 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/01/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/27/06 | | Chicago Title & Trust Co. | Sale of 6824 N. Kolmar- all distributions made at closing | | 0.00 | | 0.00 |
| | {1} | | 533,151.42 | 1110-000 | | | 0.00 |
| | | Wells Fargo Bank NA | -424,476.51 | 4110-000 | | | 0.00 |
| | | | -77,746.13 | 4110-000 | | | 0.00 |
| | | The Richard L. Kinzalow Trust | Payoff of Third Mortgage to Richard R. Kinzalow Trustee -7,107.23 | 4110-000 | | | 0.00 |
| | | Coldwell Banker | Earnest Money Retained by Broker -15,975.00 | 3510-000 | | | 0.00 |
| | | David A. Weininger | Costs advanced to David Weininger -18.00 | 2500-000 | | | 0.00 |
| | | Chicago Title & Trust Co. | County Taxes 7/1/05 to 12/31/05 -3,222.16 | 2820-000 | | | 0.00 |
| | | Seyed Mohamad Firozabadi | 2006 tax credit 1/1/06 to 3/22/06 unpaid by seller to buyer -1,197.64 | 2820-000 | | | 0.00 |
| | | David A. Weininger | Attorney's Fees to David Weininger -750.00 | 3210-000 | | | 0.00 |
| | | David A. Weininger | Title Insurance to Chicago Title from David Weininger -1,350.00 | 2500-000 | | | 0.00 |
| | | David A. Weininger | Express Delivery Service Fee to Chicago Title from David Weininger -50.00 | 2500-000 | | | 0.00 |
| | | City of Chicago | City County Tax Stamps -266.25 | 2820-000 | | | 0.00 |
| | | State of Illinois | State Tax Stamps -532.50 | 2820-000 | | | 0.00 |
| | | City of Chicago | Certificate of Release -72.00 | 2500-000 | | | 0.00 |
| | | Professional Survey | Survey fee to Professional Survey -385.00 | 2500-000 | | | 0.00 |
| | | State of Illinois | State of Illinois Registration Fee -3.00 | 2500-000 | | | 0.00 |

|  | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers | 0.00 | 0.00 | |
|  | Subtotal | 0.00 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 02/01/2010 09:40 AM V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-26040 | | Trustee: | DAVID P. LEIBOWITZ (330570) |
|---|---|---|---|---|
| Case Name: | NGUYEN, DINH D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | NGUYEN, MY LINH | | Account: | ***-*****39-65 - Money Market Account |
| Taxpayer ID #: | 13-7505296 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/01/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 0.00
Plus Gross Adjustments : 533,151.42
———————
Net Estate : $533,151.42

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****39-65 | 0.00 | 0.00 | 0.00 |
| | $0.00 | $0.00 | $0.00 |
| Bank Transfers | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 02/01/2010 09:40 AM    V.11.54